# Exhibit 1

UNITED STATES DISTRICT COURT of Harris County TX

JK ~~DISTRICT~~ JUDICIAL CASE NO. **2022 59020**

PLAINTIFF                                    COURT No. **234th**

as of 5,26,2021
HONORABLE Queen Jeuudah Kay (see Rev. 2:17) "of the Tribe of Judah" The LION KING STOCK
"SOVEREEN OF יהוה"; REDEEMED PRIESTESS of יהוה"
"INDEPENDANT OF THE Judges Office" SAE יהוה".

**FILED**
Marilyn Burgess
District Clerk

SEP 1 5 2022

Time: 3:00pm
Harris County, Texas
By: I. caiins
Deputy

DEFENDANTS

✓ 1. HOUSTON POLICE DEPARTMENT TX (US) Jail
✓ 2. Harris County Sheriffs Department TX (US) JAIL
JK ~~[struck out]~~
  3. Jail Ministry Division of Harris County Sheriff Jail Department TX (US)
   ~~[struck out]~~
✓ 4. ~~Zullveth Rodahs Catalan~~ or "WHAT.A.BURGER"
JK 5. Houston Police Department Tacticle Division Harris County TX (US)
   6. Ft Bend County Sheriff Office TEXAS (US) Jails
   7. Richmond Police Department TX (US)
   8. Victor Horelica Badge No. 5006 of Ft Bend's Richmond TX PD (US)
   9. Urgent Doc

| COUNTY: | CAUSE OF ACTION: |
|---|---|
| Tri Co. Harris TX / Ft Bend TX | 42 USC Civil RIGHTS EXEMPLARY DAMAGES 42 A,B |
| NATURE: 440 OTHER RIGHTS | JURY DEMAND |
| ORIGIN: ORIGINAL PROCEEDING | |

COMPLAINTS FOR VIOLATIONS OF CIVIL RIGHTS

The State of TEXAS, all the way into California's SanTee, on into WashENGTon DC, is it known that "42" (Revelation 4:2) applies to me, since the "May 29th Event" of 76522's Evils of 2020. Justice

1

For Official Governmental Use Only - Do Not Disseminate to the Public: 104152996 - Page 1 of 14

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

for the Tribe of Judah, and the Children of Israel has been done abominations and sins, blasphemously and violently, with so much bloodshed that it has piled clear up into HEAVEN. For the last 70 years, Constitutional Civil Rights unto myself, and the People that יהוה has given me, as Head Governess, Auck Priestess and as ONENESS One of the Royal Priesthood Oneness Ambassadors of His Kingdom have been ROBB'd, Killed, Steal'd and Destroy'd, by the So-Call Justice System in the United? States of America. The Seed of the Serpent.

We've been CONN'd as Malcolm X said. We've been SHUNN'd, Un'd, touched and harmed by TEXANS, Proud Americans, Trespassers, murderers, liars, imposters of wicked, hateful evil and insane porportions.

"Touch not My Anointed. Do My Prophets no harm," and "Vengence is MINE. I shall RE PAY," saɛ יהוה. My CHIEF complaint for violations of Civil Rights is that, by CONfed'Ur acy, the RE: Verse of Bible Verses, the Defendants have lived in great luxury and at ease from the "commonwealth" Proceeds of We, the People's destruction by this World's abominations and desolations and willful sins against, not only us, the 12 Tribes of Israel, but also against יהוה who loved the world so much HE gave HIS ONLY BEGOTTEN SON YHSHUA ME CHEAUK; causing us great pain, emotional distress, "PTSD", loss of faith, death, sickness, Spiritual Disease that you've labeled "Mental Illness" and do prey upon all that ails us. And you have refuse to repent and receive Grace'd forgiveness and the Goodness of Devine Mercy.

2

For Official Governmental Use Only - Do Not Disseminate to the Public: 104152996 - Page 2 of 14

DAMAGES:
Exemplary for all the Violence, gross negligence, malice and fraud of Biblical porportions of King David's Meskal at Psalms Chapter 83: All 18 Verses; And for "the level of violence" as well as "The Violence done MY Black Women," SAE TITI'.

1. "CHESTERS," SAE TITI', "Oil Wealth for the Violence against us," SAE TITI'. All RIGHTS of the "Oil RIGHTS, for Violations of our Civil Rights: Of the Tribe of JUDAH: The LION KING STOCK."

2. All RIGHTS to Oil RIGHTS of Ft Bend / Harris Counties (Waller) Tri-County Sheriff connecTed to Oil in Galveston Gulf (and) Free Port TEXAS. All

3. "TEXACO, Wallis TEXAS of 77485." Oil Rights All "Chester Bancorp Stock of Oil"

4. "Baker Hughes" "Oil Rights" - All

5. East TEXAS Oil Field Oil RIGHTS - All

6. Bevly 1 Calallen Gas Oil Rights to Oil Stock - All

7. Bevly 2 Plymoth Oil Oil RIGHTS - All

8. TEXAS Drilling Oil and Gas Oil Stock Oil RIGHTS - All

9. Spec's Liquor: All Oil Rights in the US of America

10. Independant of the Judge's Office, I MUST be signed, "SAE TITI'

For Official Governmental Use Only - Do Not Disseminate to the Public: 104152996 - Page 3 of 14

# DEFENDANT'S ADDRESSES AND NAMES

1. Houston Police Department
   1200 Travis St.
   Houston TX 77002

2. Harris County Sheriff Department
   1200 Baker
   Houston TX 77002

3. Harris County Sheriff Jail: Head Chaplin
   1200 Baker
   Houston TX 77002

4. Harris County Sheriff Department: Tacticle Division (Head)
   1900 Main
   Houston TX 77002

5. "Zulliveth Rodas Catalan or What-a-burger
   1813 George Ave
   Richmond TX 77469

6. Ft Bend County Sheriff Office Jail
   950 Pennsylvania Ave NW
   Washington DC 20530

7. Richmond Police Department TX.
   950 Pennsylvania Ave NW
   Washington DC 20530

8. Victor Horelica Badge No 5006 of Richmond TX PD
   950 Pennsylvania Ave NW
   Washington DC 20530

9. Urgent Doc
   600 Westheimer
   Houston TX 77056

# Complaint for Violation of Spiritual Rights

By deceipt, with violent intenshuns, TEXAS has set up a new Abomination of destructive desolations:

"Call 988 for Mental Health Crises.

Pure meaning 988 = The 8 Ball in a game of Pool: Black Ball (shun): Black Male: Black FEmale: Black Mail

988 = Revelation Chapter 9. DOUBBLE Violence to those under the attacks of Satan's SINagog's Sorcery.

Pharacky - DRUGS.

988 = Doubble Violence of Revelation Chapter 9.

# COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS

1.) The Houston Police Department TX (US) and and all Confederates Defendant thereof, namely, all entities and Systems of so-called Justice, listed have violated me and my people, whom יהוה has said to me, "You shall inherit the earth," and ultimately have violated The Habitation of Justice Whose Name is HOLY YAH, YAHWEH. For, He said to me, "Before the Day was, I AM." Then He said to me, "I AM YAHWEH," also it is written of יהוה's WORD, "If you did it to the least of these My Brethren, you have done it unto Me." AND, "Inasmuch as you did not do it to one of the least of these (My Brethren) you did not do it unto Me." His meaning is PURE "You must LOVE your neighbor as yourself." First Spiritually, and Physically. Give Good food, Give Good water; Provide Proper Clothing that covers shame, Wellness of Anointed Healings of the sick and spiritual dead, and "Loose the Bonds of (Baals) evil wickedness; And FREE the Captives. (I do paraphrase sometimes).

A. First Amendment RIGHTS: Freedom of Speech, Freedom of Religion, Freedom of Press etc Freedom to assymble by imprisonment of Revelation Chapter 9 evils. and Revelation 2:10 continual violent murderous jailings: Jail- Satan's Seat, Throne and Authority. And it's done by wicked men and women who serve Satan, and who serve their own ungodly lusts and wicked suspicions, Calling יהוה's Heritage "suspect" and "subjects". We are Royal Lees, Humans, mostly, loving humans.

B. Fourth Amendment Rights: Questions of ungodliness, of foolish designs, having effects that are opposite of YAHWEH, who makes people feel Good.
Condemnations of Words that are not our pure native loving tongue: Straight Racist and Deadly has ROBBed Black and Royal Tribe of Judah Civil Rights to purchase and enjoy

Rev 2:9 "I know your works, tribulation and poverty, (but you are RICH) and I know the BLASPHEMY of those who SAE they are Jeuvs and are not, they lie. They are the SINagog of Satan.

Revelation 3:9 BEHOLD! I will make those of the SINaGog of Satan, who say they are (the seed of the Holy Spirit) Jeuvs, and are not, but do lie; BEHOLD! I will make them to come and bow down at your feet, and to know that I have loved you."

goods, services, facilities, priveleges, advantages, and accommodations within the Purpose of the Blood of the Covenant of YHSHUA, יהוה's SWORD and MeSSaYH.

C. Eigth Amendment Rights - Cruel and Un usual punishment: Jail - Satan's Seat, Throne and Authority. Revelation Chapter 9. We been as the ⑧ ball in a game of pool, done Double Violence to and beyond.

The lastest, 2 men of my Tribe have been charged with <u>murder</u>, <u>bonds</u> revoked, based on the <u>haste</u> and evil of wicked people in positions of Holiness; positions that they are unfit to serve in: My young Kings have been accused based on the "<u>GPS</u>" system that has no <u>Breath</u> in them: IDOLS! Those for the captivity, to the Captivity. Those who kill with the sword (tongue) your evil shall swift return unto. Amen.

2. Allow me to be CLEAR About Civil RIGHTS VIOLATIONS:

A. ALL OF THEM set FORTH in : 14th Amendment
"O'Connor's TEXAS CIVIL FORMS 9C:1"
"Chapter 9. The Judgement" is <u>Revelation</u> Chapter 9."
But, "The Judgement" belongs to CHAPTER 19:11
"And I saw heaven opened, and Behold! A white horse; and He that sat upon is called <u>FAITHFULL</u> and <u>TRUE</u>, and in RIGHTEOUSNESS <u>HE</u> does <u>JUDGE</u> <u>and</u> <u>MAKE WAR</u>."

• Marshal of the Southern District of the United States CONFEDERACY, <s>"T. O'CONNOR"</s> "T" Michael O'CONNOR" is that of HOUSTON POLICE DEPARTMENT'S Authority

2

to, by Satan's SINaGogg, "deputize" murderers of BLACK Men who are KINGS and Princes, Of the Tribe of Judah: The LION KING STOCK. We are _more_ than just BLACK. We are the TRUE ROYALS, who's blood, tears, and painful imprisonments of slavery BUILT the Stock Market.
(Stop Stocking and Marketing my Tribe: Judah.)

- All of the men and women, BLACK, of the Tribe of Judah: The LION KING STOCK, who has sufferd death, detention, detainment, violence, verbal Abuse, physical accosting, chains on their bodies, orange clothing, idol foods of Jails dedicated to Satan ("Chow"),
   Any type of "Abominations and Sins" that has cause us/them to be "desolated" and "Abaddon'd" and _Apollyon'd_ (See Revelation 9:11) by deputies, Officers, Judges, Attor-KNESS, Jailers, citizens who have been confederate, Channel All News and others who KluX Klues to the Klans by _Time_ of Noose Stories, English Words that are not of our native tongue, Shackles, Hand Cuff, Wicked Law Enforcers and the massive People who are being recruited on YouTube, Television Programs, Wicked Media personell, Businesses who's employees and owners call 911 to come and destroy _free_ Emancipated People, of the Tribe of Judah: The LION KING STOCK whom ya'll call "BLACK" only, and NOT of our Tribe,

- You _all_ have grossly and sinfully violated _all_ of our Civil Rights. And if you have not, PROVE IT.

C. All of our, <u>Judah</u>, Civil Rights have been violated by and through "T Michael O'Connor", he who has Deputized HPD, HCSO and others in America via in person <u>and</u> Noose (News) networks,

Each and Every one of the Amendments, by his proud murderous words of satanic Authority, AND by his proud ACTIONS My and my People's, to be Specific, 4th, 5th, 8th, 13th and 14th Amendment Rights.

HPD's ASSOCIATED Tacticle Team and Deputies whose hands are blood guilty, all of whom are in you <u>records</u> (RE:CORD), are violators of the Civil Rights given me and my People.

## My Chief Complaint

D) I recognize T Michael O'Connor to be SUSPECT of DEFRAUDING Assistant Police Chief Jay Dees of HPD, a King of the Tribe of Judah-BLACK, unaware that T Michael O'Connor set him up to take the fall (the Devil is a LIAR) for the King of ~~Judah out~~ the Tribe of Judah, out of "South Caroline" who was slaughtered by a firing squad of Confederate MURDERS by abominations and sins that took his precious life. T Michael O Connor and his Confederates, have <u>Failure to Identify</u>.

T Michael O'Connor is identified to me by TITY' ElOHem BLACK and SUPREME as

8 " Shall I not in that day, says YAHWEH, even destroy the wise men out of Edom, and out of ESau?

9 And your mighty men, <u>O'Teman</u>, shall be dismayed, to the END

that every one of the mount of Esau may be cut off by slaughter.

<u>10</u> "For your <u>VIOLENCE AGAINST</u> your <u>brother Jacob</u>, <u>SHAME</u> shall COVER you, and you shall be cut off forever."

Obadiah Verses 8, 9, 10. I am the "Ambassador," I, ~~Jau~~ Queen, Of the T<u>rib</u> of <u>Judah</u>. The LION KING STOCK, Obadaiah prophecied about at <u>Verse</u> 1 of Obadiah.

Verse 4 "Though you exalt <u>yourself</u> as the eagle, and though you set your nest among the stars, there I WILL BRING you DOWN, SAE YHWH."

We have been ROBBed of our identity and defrauded, mocked by wicked impostors and their Klue Kluxing Klans who feed the EX-Tribe of Asher who own the Jails and FOOD-FDA. We have been made desolate and destroyed HPD, Harris County & it's TriCounty entities and officers, denied Human and Health Rights of the Civil Rights Amendments of the US of America

T' <u>Michael O'Connor</u>, and those who hunt men of my Royal Tribe, and who stand in the Holy Place of my Royal Tribe, the seed of the serpent of Genesis 3:15, "the entire Justice system is a lie" SAE יהוה.

T' Michael O'Connor deputized the Asian Confederate HPD Officer who slayed my Prince Nephew Hallis Kinsey Jr, at the Plainfield Inn. This is the REKONING. This is the Judgement of Edoms CONFEDERATION"
T' Michael O'Connor has the buck teeth of SEC's Liquor. He's "SUSPECT" and "SUBJECT" to

the wrath of the Lamb of Revelation 6:12-17. Oil Right.

The video on YouTube shows T' Michael O'Connor recruiting murderers. YouTube is a tool to promote murderer. The T' does violence to our Civil Rights. All of them. Civil Rights

Jail- Satan's Seat Throne and Authority has Un Justly and See STEM at EC Lee (systematically) Conn'd and Troll'd by the Confederation of King David's Prayer- Meshal- of Psalms Chapter 83:1-18, We "Black- Man and Woman of the Tribe of Judah". The LION-KING STOCK,

Thereby Robbing, Killing, and Stealing Civil RIGHTS,

T' Michael O'Connor has led Mass murderers: Deputies, Tacticle Teams, Wicked Judges, Sheriffs, Officers, Jailers, Police Officers, Judges, Executioners, Private Investigators, Klue Klux Klansmen - Confederates: Enemies of the Kingdom of Heaven, Law Makers of Leg is lat Uc's Foot Locker and Law makers of Sexual Preditors of Womens Reproductive Rights, and LIARS. Proud Americans and Texans who are drunken with the wrath of יהוה and the slain "Black Sheep" who is the RAISED LION KING OF THE TRIBE OF JUDAH!

BLACK AND SUPREME YAHWEH ELOHEM.

Their, T' Michael O'Connor and his Klan, " power is in their mouth, and in their tails, for their tails were like serpents, and had heads, and with them they do hurt. Revelion 9:19. The same day their Queen shall be buried, of 2022. Revelation 17th and 18th Chapters.

I pray YHWH have mercy on qualified souls. Amen

FREE YHWH'S HERITAGE
Begin with Marvin Louis Guy, YHWH'S King. Y'all gone need his blessings. Amen. PEACE.

"T. Michael O'Connor has incited <u>War Crimes</u> upon "Black man" (too many of them) in HPD's District, and Harris County's Department of Health and Human Services areas, and in Lock up Institutions, violently violating Civil Rights of Black, And Mostly <u>Black</u> Citizens in HPD's District of man made Law – Enemies of Devine Law, "You <u>must</u> love your neighbor as yourself,": Forgiveness, mercy, and GRACE.

Cruel and Un Holy Punishment.

Note: I am communicating the best I can, in ENGLISH: the Language of WEBS: <u>Violent</u> and murderous by nature.

If you have someone, who speaks my native tongue, that we have been ROBBed of, I would appreciate a translator for the trial. English is a spiritual DEFILEMENT to my native tongue Ebo, Edo, EROBa, Hausa, "Hebrew" of Alla, BaBa UnDe' and the RueAh. Thanks in advance, for ENG-Lash is Babel of Canaanites – <u>Hamites</u>: Ba'alamites.

The System is Set up to use "EVERYTHING" against us, But "No weapon formed against us shall prosper…" Our righteousness is from יהוה, who is here to finish HIS work. HalleluYAH! For, as of August 29, 2020, "The KINGDOM of HEAVEN has ARRIVED." GLORY GLORY

C. Because of the Violations of my Civil Rights of Amendments to the United States (United Kingdom's Commonwealth) Constitution;

1) I have suffered, and my people that YHWH has given me to bless, in my health, and as a human.

2) I was chased down at Whataburger by a KKK member who manged to do great harm to me through Victor Horelica (Chezch) of Richmond Police Department, Ft Bend County Jail of the FBCSO who are bent on evil. The Chaplan refused to give me a pen to write with (although he had it in his hand).

3 Ft Bend County Sheriff Office's Officers stripped me of my Head Covering knowing I'm one of YHWH's Anointed; made me stay in unclean defication situation for 31 hours before allowing me to shower (My body had a physical-medical-spiritual reaction to the great violence of being chased, man handled, hand cuffed, shackled, deprived of my purchased meal, treated as if they had rights over me). They touch my intimate items in my suitcase. Watched as arresting officer seperated my bag of dirty clothes, AND dropped out of his hands my 4 or 5 pair of panties, as if they were ROSES! With a smile and disgusting look of sexual gratification. He did this in a highly trafficed area of the jail and no one would stop him, or say anything!!! ABOMINATIONS OF DESOLATIONS of one's PEACE and DIGNITY

4. Urgent Doc called 911 on me in 2021, violating my medical Right to receive my medication without the enemy destroyer Acts of Racism and white supremacy's violent & evil crimes.

OLEH! HURAE! OBADAIH Vs. 14

8

## 11 Certification and Closing

A. I agree to provide the Clerk's Office with any changes of my address where case-related papers may be served. I understand the failure to do so of keeping my address updated with the Clerk's office may result in the dismissal of my case.

Date of Signing: September 15, 2022

Signature of Plantiff: *[signature]*
Honorable Queen Jemmah Keay,
Of the Tribe of Judah: Queen of the LION KING STOCK

The BATTLE is not mine nor my People's - יהוה's Heritage:
It's YAHWEH'S. Amen.
  He is COME to bring us into HIS REST.

15155 Richmond Ave # 714
Houston TX 77082
281-924-2730



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 13, 2022


Certified Document Number:        104152996 Total Pages:  14

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**